# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRENDA L. PY,

                Plaintiff,

v.

DAVID BETH, LT. EDWARD VAN TINE, LUCIA KONKEN, JESSICA GERRETSEN, JAMES BEZOTTE, BRANDON SMITH, TIM HANEY, BILLY CAMERON, STUART SCHWERDFEGER, STEVEN REA, ROB PALLAMOLLA, DAWN SMITH, BARB OBERHART, JUDY MILLER, DENA WENDLING, KENOSHA COUNTY, and UNKNOWN *sued as Unknown Jailers and/or Nurses*,

                Defendants.

Case No. 16-CV-1643-JPS

**ORDER**

      On December 12, 2016, Defendants removed this action from Kenosha Count Circuit Court. (Docket #1). On January 9, 2017, several defendants then identified as "3 Unknown and Unnamed Nurses for the Kenosha County Jail" moved to quash service of process on them and requested that the complaint be dismissed as to them for Plaintiff's failure to effect proper service. (Docket #8). On February 16, 2017, prior to a ruling on the motion, Plaintiff filed an amended complaint. (Docket #15). The amended complaint names the specific nurses who were previously unidentified. *Id.* ¶ 6. On February 22, 2017, those nurse defendants filed a notice indicating that they plan to waive service of the amended complaint and that they believe their motion to quash is moot in light of the amended complaint. (Docket #16). They request to withdraw the motion, and the Court will grant that request.

Accordingly,

**IT IS ORDERED** that Defendants' request to withdraw their motion to quash service and dismiss the complaint (Docket #16) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Defendants' motion to quash service and dismiss the complaint (Docket #8) shall be noted on the docket as having been withdrawn.

Dated at Milwaukee, Wisconsin, this 22nd day of February, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge