# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRENDA L. PY (VOLLING),

                    Plaintiff,

and

ABC INSURANCE COMPANY,

                    Involuntary Plaintiff,

v.

DAVID BETH, LT. EDWARD VAN TINE, LUCIA KONKEN, JESSICA GERRETSEN, JAMES BEZOTTE, BRANDON SMITH, TIM HANEY, BILLY CAMERON, STUART SCHWERDFEGER, STEVEN REA, ROB PALLAMOLLA, DAWN SMITH, BARB OBERHART, JUDY MILLER, DENA WENDLING, KENOSHA COUNTY, and UNKNOWN *sued as Unknown Jailers and/or Nurses*,

                    Defendants.

Case No. 16-CV-1643-JPS

**ORDER**

      On August 31, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs. (Docket #43). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #43) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 31st day of August, 2017.

BY THE COURT:

_____
J.P Stadtmueller
U.S. District Judge